IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-cv-130-GCM

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SHENZHEN SENIOR, ET AL., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Gregory K. Sobolski** (Doc. No. 30), which was filed June 8, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Sobolski is admitted to appear before this court *pro hac vice* on behalf of Defendants Shenzhen Senior Technology Material Co. Ltd., Shenzhen Senior Technology Material Co. Ltd. (US) Research Institute, Sun Town Technology, Inc., Global Venture Development, LLC, Global Venture Development, Inc., and Dr. Xiaomin (Steven) Zhang.

**IT IS SO ORDERED.**

Signed: June 10, 2020

Graham C. Mullen
United States District Judge