# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00130-GCM

| | |
|---|---|
| **CELGARD, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD.,**<br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE**<br>**GLOBAL VENTURE DEVELOPMENT, INC.,**<br>**SUN TOWN TECHNOLOGY, INC.,**<br>**XIAOMIN ZHANG,**<br>**GLOBAL VENTURE DEVELOPMENT, LLC,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. Upon notification of discovery disputes in the above-captioned matter, the Court will, therefore, set a telephonic informal discovery conference to discuss the disputes, and

**IT IS HEREBY ORDERED** that a telephonic informal discovery conference will occur on Thursday, March 25, 2021 at 10:30 AM. Parties should connect to the Court at (866) 434-5269; Access Code: 8297525.

**IT IS FURTHER ORDERED** that each party shall provide a letter detailing the nature of the discovery disputes and the party's position regarding the discovery disputes. Each letter should be no more than three pages long and should be submitted via email directed to mullen_chamber@ncwd.uscourts.gov by or before March 23, 2021, at 5:00 PM.

**SO ORDERED**.

Signed: March 19, 2021

Graham C. Mullen
United States District Judge