# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00130-GCM

| | |
|---|---|
| **CELGARD, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD.,**<br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE,**<br>**GLOBAL VENTURE DEVELOPMENT, INC.,**<br>**SUN TOWN TECHNOLOGY, INC.,**<br>**XIAOMIN ZHANG,**<br>**GLOBAL VENTURE DEVELOPMENT, LLC,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court upon the representation that additional discovery disputes in this case have arisen, consequently requiring the Court to schedule an in-person discovery hearing to discuss the disputes.

**IT IS HEREBY ORDERED** that a discovery hearing is set for July 13, 2021 at 2:00 PM in Charlotte, North Carolina, at the Charles R. Jonas Federal Building and Courthouse.

**IT IS FURTHER ORDERED** that, prior to the hearing, each party should submit a letter detailing the nature of the discovery disputes and the party's position regarding the discovery disputes. Each letter should be no more than three pages long and shall be submitted by or before July 7, 2021, at 4:00 PM.

**SO ORDERED**.

Signed: June 23, 2021

*Graham C. Mullen*
Graham C. Mullen
United States District Judge