# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00130-GCM

| | |
|---|---|
| **CELGARD, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD.,** <br> **SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE** <br> **GLOBAL VENTURE DEVELOPMENT, INC.,** <br> **SUN TOWN TECHNOLOGY, INC.,** <br> **XIAOMIN ZHANG,** <br> **GLOBAL VENTURE DEVELOPMENT, LLC,** <br><br> **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Bryan J. Vogel (Doc. No. 64).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Vogel is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Celgard, LLC.

**IT IS SO ORDERED**.

Signed: June 28, 2021

Graham C. Mullen
United States District Judge