IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00130-GCM

| | |
|---|---|
| **CELGARD, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD.,**<br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE,**<br>**GLOBAL VENTURE DEVELOPMENT, INC.,**<br>**SUN TOWN TECHNOLOGY, INC.,**<br>**XIAOMIN ZHANG,**<br>**GLOBAL VENTURE DEVELOPMENT, LLC,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court upon the representation that additional discovery disputes in this case have arisen, consequently requiring the Court to schedule a telephonic discovery conference to discuss the disputes.

**IT IS HEREBY ORDERED** that a telephonic discovery conference is set for August 31, 2021 at 2:00 PM. Parties should connect to the Court by dialing (866) 434-5269; Access Code: 8297525.

**IT IS FURTHER ORDERED** that, prior to the hearing, each party should submit a letter detailing the nature of the discovery disputes and the party's position regarding the discovery disputes. Each letter should be no more than three pages long and shall be submitted via email to mullen_chamber@ncwd.uscourts.gov by or before August 27, 2021, at 4:00 PM.

**SO ORDERED.**

Signed: August 24, 2021

*Graham C. Mullen*
Graham C. Mullen
United States District Judge