# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00130-GCM

| | |
|---|---|
| **CELGARD, LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD.,**<br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE,**<br>**GLOBAL VENTURE DEVELOPMENT, INC.,**<br>**SUN TOWN TECHNOLOGY, INC.,**<br>**XIAOMIN ZHANG,**<br>**GLOBAL VENTURE DEVELOPMENT, LLC,**<br><br>    **Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion, following a telephonic conference on Tuesday, August 31 at 2 pm. The Court's existing instructions on jurisdictional discovery remain in effect with one modification. Defendants shall provide responsive materials dated from January 1, 2016 and after. All such materials will be provided within forty-five (45) days, up to and including October 16, 2021.

**SO ORDERED**.

Signed: September 1, 2021

Graham C. Mullen
United States District Judge