# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00130-GCM

| | |
|---|---|
| **CELGARD, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD.,**<br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE,**<br>**GLOBAL VENTURE DEVELOPMENT, INC.,**<br>**SUN TOWN TECHNOLOGY, INC.,**<br>**XIAOMIN ZHANG,**<br>**GLOBAL VENTURE DEVELOPMENT, LLC,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Extension of Time (ECF No. 68). Plaintiff seeks clarification that the close of jurisdictional discovery was also extended by 45 days by the Court's last order (ECF No. 67). That is correct, and the Court regrets the confusion. The deadline for the completion of jurisdictional discovery is extended until November 16, 2021.

**SO ORDERED.**

Signed: September 21, 2021

Graham C. Mullen
United States District Judge