# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00130-GCM

| | |
|---|---|
| **CELGARD, LLC,**  **Plaintiff,**  v.  **SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD., SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE, GLOBAL VENTURE DEVELOPMENT, INC., SUN TOWN TECHNOLOGY, INC., XIAOMIN ZHANG, GLOBAL VENTURE DEVELOPMENT, LLC,**  **Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion, following a telephonic discovery conference on November 4, 2021 at 2:00 pm. As stated during the conference,

**IT IS ORDERED** that all jurisdictional discovery deadlines are **SUSPENDED**. The parties are directed to **CONCLUDE ALL ARRANGEMENTS** for the depositions of (1) Jian Chen; (2) JingChun Xie; (3) Dr. Xiaomin Zhang; and (4) all Rule 30(b)(6) witnesses within sixty (60) days, up to and including January 7, 2022. The parties are directed to **CONDUCT ALL DEPOSITIONS** in the subsequent sixty (60) days, up to and including March 8, 2022. Depositions shall be limited to twenty-one (21) hours. The parties are further directed to **FILE A STATUS REPORT**, jointly if possible, advising the Court (1) when arrangements have been made for the

depositions; and (2) when the depositions have been completed. Failures to comply with this Order may result in sanctions as the Court deems just. *See* Fed. R. Civ. P. 37(b)(2).

    **SO ORDERED.**

Signed: November 8, 2021

Graham C. Mullen
United States District Judge