IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00130-GCM

| | |
|---|---|
| **CELGARD, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD.,**<br>**SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE,**<br>**GLOBAL VENTURE DEVELOPMENT, INC.,**<br>**SUN TOWN TECHNOLOGY, INC.,**<br>**XIAOMIN ZHANG,**<br>**GLOBAL VENTURE DEVELOPMENT, LLC,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on Defendants' renewed Motion to Dismiss (ECF No. 72). The Honorable Judge Tigar of the Northern District of California entered an order on December 13, 2021, enjoining Plaintiff Celgard, LLC from pursuing its later-filed litigation in this Court. Defendants seek dismissal, arguing that Celgard may only litigate its claims in the Northern District of California. Plaintiff urges the Court to stay the case instead of dismissing it. This the Court will not do. The appropriate action is to transfer the case to the Northern District of California, which is now the sole forum for the parties to litigate their claims.

**IT IS THEREFORE ORDERED** that:

1. The Clerk is directed to **TRANSFER** the case to the Northern District of California.

2. The Motion to Dismiss (ECF No. 72) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: January 11, 2022

Graham C. Mullen
United States District Judge